

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-11-00290-CR

---

RAYMOND NIETO, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. CR-101-108, Honorable Roland D. Saul, Presiding

---

August 8, 2013

# ORDER

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

On July 3, 2013, this Court issued its opinion and judgment affirming appellant's conviction for aggravated robbery and sentence of forty years of imprisonment. Appellant's motion for rehearing was due on or before July 18, 2013. *See* Tex. R. App. P. 49.1 (providing a motion for rehearing may be filed within 15 days after the court of appeals' judgment or order is rendered). Appellant did not file a motion for rehearing but, on August 5, filed a request for extension of time in which to file his motion for

rehearing.[1]  We deny the motion as untimely.  *See* Tex. R. App. P.  49.8 (providing a court of appeals may extend the time for filing a motion for rehearing if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last date for filing the motion).

Per Curiam

Do not publish.

---

[1] Appellant also asks for an extension of time to file his petition for discretionary review.  A petition for discretionary review must be filed with the clerk of the Court of Criminal Appeals. Tex. R. App. P. 68.3.  The petition must be filed within 30 days after the day the court of appeals' judgment was rendered.  The Court of Criminal Appeals may extend the time to file a petition for discretionary review if a party files a motion complying with Rule 10.5(b) no later than 15 days after the last day for filing the petition. Tex. R. App. P. 68.2.  Therefore, appellant's motion for extension of time as to his petition for discretionary review must be addressed with the Court of Criminal Appeals.